**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No.   08-374 |
| | ) | |
| ERIC ALFORD, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW this 21st  day of April, 2021, for the reasons set forth in the memorandum opinion, it is hereby ORDERED that defendant Eric Alford's request to construe his reply at ECF No. 1351 as a supplemental motion is GRANTED; and his motions for compassionate release (ECF Nos. 1298, 1333, 1351) are DENIED without prejudice.

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge